# DESIGNATION OF UNITED STATES DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

## ORDER

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

### HONORABLE JAMES M. MOODY, JR.

United States District Judge for the **EASTERN DISTRICT OF ARKANSAS**, to hold court in the **DISTRICT OF MINNESOTA,** beginning **October 17, 2023**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business for the following case:

*No: 22-cr-341*

*United States v. Robert Phillip Ivers*

Dated: October 17, 2023

*[signature]*

Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original:   **Kate M. Fogarty, Clerk of Court, District of Minnesota**
Honorable Patrick J. Schlitz, Chief Judge, District of Minnesota
Honorable D. Price Marshall, Jr., Chief Judge, Eastern Dist. of AR
Honorable James M. Moody, Jr., District Judge, Eastern Dist. of AR
Tammy H. Downs, Clerk of Court, Eastern Dist. of AR
Millie B. Adams, Circuit Executive